IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 93-5396
_____


In the matter of: ELRAY and JEAN RASH.

Debtor.

ASSOCIATES COMMERCIAL CORPORATION,

Appellant,


v.

ELRAY RASH and JEAN E. RASH,

Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Texas
_____

July 28, 1997

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before POLITZ, Chief Judge, and REYNALDO G. GARZA, KING, JOLLY,
DAVIS, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
BENAVIDES, STEWART, PARKER, and DENNIS, Circuit Judges.[*]

PER CURIAM:

The Supreme Court of the United States reversed the judgment

of this court and remanded the cause to this court for further

proceedings in conformity with the opinion of the Supreme Court.

Associates Commercial Corp. v. Rash, ___ U.S. ___, 1997 WL 321231

(1977).  This case is remanded to the District Court with

_____

*Judges Garwood, Higginbotham and Jones are recused and did
not participate in this decision.

instructions to remand the case to the Bankruptcy Court for further proceedings in conformity with the opinion of the Supreme Court.

Associates Commercial Corporation shall recover from Elray Rash and Jean E. Rash $1,751.00 for its costs herein expended.

REMANDED.